State v. Walker

STATE OF NORTH CAROLINA v. BOBBY WALKER

No. 422A87

(Filed 3 February 1988)

APPEAL by defendant pursuant to N.C.G.S. § 7A-30(2) from decision of the Court of Appeals, 86 N.C. App. 336, 357 S.E. 2d 384 (1987), finding no error in the trial and conviction of defendant before *Hight, J.*, at the 6 October 1986 Criminal Session of Superior Court, CUMBERLAND County. Heard in the Supreme Court on 8 December 1987.

*Lacy H. Thornburg, Attorney General, by Guy A. Hamlin, Special Deputy Attorney General, and Doris J. Holton, Assistant Attorney General, for the state.*

*James R. Parish for defendant appellant.*

PER CURIAM.

Affirmed.